# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RIA GUERRA,

V.

**SUMMONS IN A CIVIL CASE**

COLLECTO, INC.,

CASE NUMBER: 4:09–CV–40123–FDS

TO:(Name and address of Defendant) Collecto Inc., d/b/a Collection Company of America
700 Longwater Drive
Norwell, MA 02061

**YOU ARE HEREBY SUMMONED** and required to serve on

Lemberg & Associates
1100 Summer Street
Stamford, CT 06905

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON

CLERK

/s/ – Sandra Burgos

(By) DEPUTY CLERK

ISSUED ON 2009-07-14 15:12:18.0, Clerk
USDC DMA

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. *4:09-CV-40123-FOS*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Collecto, Inc d/b/a Collection Company of America*

was received by me on *(date)* *10/23/2009* .

☑ I personally served the summons on the individual at *(place)* *Collecto, Inc d/b/a Collection Company of America 700 LONGWATER DR* on *(date)* *10/26/09* ; or
*Norwell, MA*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* *SUSAN GIORDANO* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* *Collecto, Inc*
*d/b/a Collection Company of America* on *(date)* *10/26/09* ; or
; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ *65.00* for travel and $ _____ for services, for a total of $ *0.00* .
*$65.00*

I declare under penalty of perjury that this information is true.

Date: *10/28/2009*

_____
Server's signature

*Merrill J. Smallwood*
*Process Server*
_____
Printed name and title

*P.O. Box 692735, Quincy, MA 02269.*
_____
Server's address

Additional information regarding attempted service, etc: